**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER**


SANDRA K. NOLAN,                    )

                  Plaintiff          )

          v.                    )          No.  4:04-cv-37

MILLENNIUM INDUSTRIES, a/k/a        )
COMMONWEALTH ALUMINUM
TUBE ENTERPRISES, LLC,              )

              Defendant          )


## O R D E R


       For the reasons set forth in the Memorandum Opinion this day passed

to the Clerk for filing, it is hereby ORDERED that defendant's motion for summary

judgment [Court File #25] is GRANTED and this action DISMISSED.


**E N T E R :**


                              _____*s/ James H. Jarvis*_____
                                 UNITED STATES DISTRICT JUDGE